**UNITED STATES COURT OF INTERNATIONAL TRADE**
**BEFORE: THE HONORABLE CLAIRE R. KELLY, JUDGE**

| | |
|---|---|
| **BGH Edelstahl Siegen GmbH,** | ) |
| **Plaintiff,** | ) |
| **v.** | ) **Ct. No. 21-00080** |
| **United States,** | ) |
| **Defendant,** | ) |
| **Ellwood City Forge Company, et al.,** | ) |
| **Defendant-Intervenors.** | ) |

**SCHEDULING ORDER**

All counsel having consulted and consented in this matter, the following schedule for this action is adopted:

- Plaintiff shall file their Rule 56.2 Motion for Judgment Upon the Agency Record and opening brief on or before October 11, 2021;
- Defendant and Defendant-Intervenors shall file their responses on or before February 14, 2022; and
- Plaintiff shall file its reply brief on or before March 16, 2022.

In accordance with Rule 56.2(c)(3), Plaintiff shall file the joint appendix 14 days after the due date for the reply brief. In accordance with Rule 7(c), any motion for oral argument is due within 21 days of the filing of the reply brief.

Dated:_________________________
New York, New York

______________________________
Claire R. Kelly, JUDGE