

UNITED STATES COURT OF INTERNATIONAL TRADE
ONE FEDERAL PLAZA
NEW YORK, NY 10278-0001

CHAMBERS OF
Claire R. Kelly
Judge

October 12, 2022

James Kevin Horgan, Esq.
Alexandra H. Salzman, Esq.
Gregory Stephen Menegaz, Esq.
Marc Edward Montalbine, Esq.
Merisa Anne Horgan, Esq.
deKieffer & Horgan, PLLC
1090 Vermont Avenue, NW
Suite 410
Washington, DC 20005
Email:      kevin.horgan@dhlaw.com
            asalzman@dhlaw.com
            gmenegaz@dhlaw.com
            montalbine@dhlaw.de
            merisahorgan@dhlaw.com


Sarah Elizabeth Kramer, Esq.
U.S. Department of Justice
Commercial Litigation Branch - Civil Division
P.O. Box 480
Ben Franklin Station
Washington, DC 20044
Email:      sarah.e.kramer@usdoj.gov

Ayat Mujais, Esq.
Paul Kent Keith, Esq.
Of Counsel
U.S. Department of Commerce
Office of Chief Counsel for Trade Enforcement and Compliance
1401 Constitution Avenue, NW
Washington, DC 20230-0001
Email:      ayat.mujais@trade.gov
            paul.keith@trade.gov

Thomas Martin Beline, Esq.
Chase J. Dunn, Esq.
Jack A. Levy, Esq.
Myles Samuel Getlan, Esq.
Nicole Brunda, Esq.
Cassidy Levy Kent (USA) LLP
900 19th Street, NW
Suite 400
Washington, DC 20006-2110
Email:       tbeline@cassidylevy.com
             cdunn@cassidylevy.com
             jlevy@cassidylevy.com
             mgetlan@cassidylevy.com
             nbrunda@cassidylevy.com

     Re:          *BGH Edelstahl Siegen GmbH v. United States*
                          Court No. 21-00080

Dear Counsel:

     It is my intention to issue a public version of the Opinion and Order in the above-captioned proceeding on or shortly after Thursday, October 20, 2022. The court has double-bracketed information that was designated as confidential in the underlying record. However, out of an abundance of caution, I would like you to review the Opinion and Order and inform the court by Wednesday, October 19, 2022 in writing, (1) whether any information not already in brackets is confidential and should be double-bracketed in the public version, or (2) whether any information already in brackets is not confidential and should not be double-bracketed in the public version. If you do believe any additional information should or should not be redacted from the public version, please state the basis for your belief.

     Thank you for your assistance.

                    Sincerely,

                    /s/ Claire R. Kelly
                    Claire R. Kelly, Judge

Cc: Steve Taronji
    For docketing